UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 NOV 14  A 11: 40

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES OF AMERICA

v.                                              3:01CV2026 (AHN)

MICHAEL S. McKENNA

## AMENDED JUDGMENT

This action came on before the Honorable Alan H. Nevas, Senior United States District Judge as a result of plaintiff's motion for summary judgment. After viewing the papers submitted in connection with the request and after notice to pro se litigant the Court endorsed the motion on June 7, 2002, granting the motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff in the amount of $26,156.78 as of April 23, 2002 with interest continuing to accrue in the amount of $3.63 per day from April 23, 2002.

Dated at Bridgeport, Connecticut, this 14th day of November, 2003.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket _____