UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CIVIL NO. 3:01CV2026 (AHN) |
| Michael S. McKenna, | : |
| Defendant. | : |

## POST-JUDGMENT STIPULATION

Whereas, the plaintiff instituted this action demanding judgment against the defendant for the sum of $26,879.04, plus interest and costs; and

Whereas, judgment entered in favor of the plaintiff on August 30, 2002, and the plaintiff and the defendant, Michael S. McKenna, now desire to stipulate to a schedule for the payment of the judgment;

Therefore, it is hereby agreed by plaintiff and defendant, and ORDERED by this Court that;

1. The defendant shall make monthly payments of $100.00, on the **15th** day of each and every month commencing on August 15, 2004, until the amount of the judgment, plus costs and interest, is paid in full.

2. The current balance as of July 20, 2004 is $27,200.58. Interest at 1.35% per annum continues to accrue on the principal until the judgment is satisfied.

3. The defendant agrees to complete a financial statement on a yearly basis.

4. The amount of the monthly payment may be modified by mutual agreement of the

parties or on motion of either party after consideration of the defendant's financial circumstances.

5. The defendant's failure to comply with the payment schedule set forth in Paragraph 1 above shall entitle the plaintiff to declare the entire balance due immediately and shall further entitle the plaintiff to collect upon this judgment in any manner provided by law.

6. In addition to regular monthly payments, in accordance with Paragraph 1, we will submit your debt to Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment you would normally receive may be offset and applied to this debt.

7. Plaintiff further reserves the right to secure the amount of the judgment at any time by filing a lien on any property owned by the defendant.

Entry of the foregoing stipulation is consented to by:

For Plaintiff United States of America:

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DATED: 7-21-04

CHRISTINE SCARRINO
ASSISTANT UNITED STATES ATTORNEY
CONNECTICUT FINANCIAL CENTER
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CONNECTICUT 06510
FEDERAL BAR NO: CT 03393

DATED: 2/20/04

MICHAEL S. MCKENNA
8 WEST MOUNTAIN ROAD
SHARON, CONNECTICUT 06069

APPROVED and SO ORDERED this 24 day of Aug., 2004 at Bpt., Connecticut.

_____
ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE